IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02381-BNB

JOSEPH MOGAVERO,

      Applicant,

v.

T. K. COZZA-RHODES,

      Respondent.

_____

ORDER TO FILE PRELIMINARY RESPONSE
_____

As part of the preliminary consideration of the Application for a Writ of Habeas

Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1) filed on August 27, 2014, in this case

and pursuant to *Redmon v. Wiley*, 550 F. Supp. 2d 1275 (D. Colo. 2008), the Court has

determined that a limited Preliminary Response is appropriate.  Respondent is directed

pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States

District Courts to file a Preliminary Response limited to addressing the affirmative

defense of exhaustion of administrative remedies.  If Respondent does not intend to

raise this affirmative defense, Respondent must notify the Court of that decision in the

Preliminary Response.  Respondent may not file a dispositive motion as a Preliminary

Response, or an Answer, or otherwise address the merits of the claims in response to

this Order.

In support of the Preliminary Response, Respondent should attach as exhibits

copies of any administrative grievances Applicant has filed raising the issues asserted in

the Application, as well as any responses to those grievances.  Applicant may reply to

the Preliminary Response and provide any information that might be relevant to his

efforts to exhaust administrative remedies.  Accordingly, it is

ORDERED that **within twenty-one (21) days from the date of this Order**

Respondent shall file a Preliminary Response that complies with this Order.  It is

FURTHER ORDERED that **within twenty-one (21) days of the filing of the**

**Preliminary Response** Applicant may file a Reply, if he desires.  It is

FURTHER ORDERED that if Respondent does not intend to raise the affirmative

defense of exhaustion of administrative remedies, Respondent must notify the Court of

that decision in the Preliminary Response.

DATED September 10, 2014, at Denver, Colorado.

BY THE COURT:


 s/ Boyd N. Boland_____
United States Magistrate Judge