**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02381-REB

JOSEPH MOGAVERO,

    Petitioner,

v.

T.K. COZZA-RHODES,

    Respondent.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER ON APPLICATION FOR A WRIT OF HABEAS CORPUS of Judge Robert E. Blackburn entered on June 12, 2015, it is

ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [21] filed June 12, 2015, is denied; and it is further

ORDERED that this case is dismissed; and it is further

ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

    Dated at Denver, Colorado this 15th day of June, 2015.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                        By: s/  K. Finney

                                    K. Finney
                                    Deputy Clerk